IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON LEE HICKAM, | Case No. 6:24-cv-00171-SB |
| Plaintiff, | **ORDER** |
| v. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Upon consideration of the parties' Amended Stipulation for Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. 2412(d),

It is hereby ORDERED that the Amended Stipulation is granted. Defendant shall pay attorney's fees to Plaintiff pursuant to the EAJA in the amount of Seven Thousand Dollars and 00/100 ($7,000.00) and costs in the amount of Four Hundred Five Dollars and 00/100 ($405.00), to be paid separately from the Judgment Fund, pursuant to 28 U.S.C. § 1920.

Pursuant to *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). If after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's

attorney. However, if there is a debt owed that is subject to offset under the Treasury Offset Program, any remaining EAJA fees after offset will be paid by a check payable to Plaintiff but delivered to Plaintiff's attorney.

**IT IS SO ORDERED.**

DATED this 27th day of January, 2025.

_____
HON. STACIE F. BECKERMAN
U.S. Magistrate Judge

Submitted By:

KARL E. OSTERHOUT
Osterhout Berger Daley, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
412-794-8003
kosterhout@obd.law
Attorney for Plaintiff
Pro Hac Vice Counsel